# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SHAKIRA PERRY O/B/O
CHARLES DEVON KING, JR.,

      Plaintiff,

v.                                                                              Case No.: 12-cv-14439

COMMISSIONER OF SOCIAL                              Honorable Sean F. Cox
SECURITY,                                                              United States District Court Judge

                                                                 Michael J. Hluchaniuk
      Defendant.                                                   United States Magistrate Judge

_____/

## OPINION AND ORDER
### ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

      On or around October 6, 2012, Shakira Perry on behalf of her son, Charles Devon King, Jr. ("Plaintiff") filed a Complaint, requesting that this Court review the Commissioner of Social Security's decision holding that her son was not disabled and entitled to social security disability benefits. (Docket Entry No. 1.) This matter was referred to Magistrate Judge Michael J. Hluchaniuk on October 10, 2012. (Docket Entry No. 2.) Thereafter, the parties filed cross-motions for summary judgment. (Docket Entry Nos. 9, 12.)

      On May 31, 2013, Magistrate Judge Hluchaniuk filed his Report and Recommendation ("the R&R"), recommending that the Court **DENY** the Plaintiff's Motion for Summary Judgment [Docket Entry No. 9], **GRANT** the Defendant's Motion for Summary Judgment [Docket Entry No. 12], and **AFFIRM** the Commissioner's findings. (Docket Entry No. 13.)

      Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed any objections to the R&R.

The Court finds that the issues have been adequately presented in the parties' briefs and that oral argument would not significantly aid the decision making process.  *See* Local Rule 7.1(f)(2), U.S. District Court, Eastern District of Michigan.  The Court therefore orders that the motion will be decided on the briefs.

The Court hereby **ACCEPTS AND ADOPTS** the May 31, 2013, R&R.  For the reasons mentioned in the R&R, **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [Docket Entry No. 9] is **DENIED** and Defendant's Motion for Summary Judgment [Docket Entry No. 12] is **GRANTED**.  The findings of the Commissioner are **AFFIRMED**.

**IT IS SO ORDERED**.

> S/Sean F. Cox
> Sean F. Cox
> United States District Judge

Dated:  July 2, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 2, 2013, by electronic and/or ordinary mail.

> S/Jennifer McCoy
> Case Manager